IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHIRLEY L. GRIEGO,

       Plaintiff,

v.                                                            CV 14-446 WPL

CAROLYN W. COLVIN, *Acting Commissioner*
*of the Social Security Administration*,

       Defendant.

## ORDER

This matter comes before me on Griego's Motion for Attorney Fees Under the Equal Access to Justice Act. (Doc. 26.) The motion does not indicate whether it is opposed or unopposed, as required by D.N.M.LR-Civ. 7.1(a). Because the motion does not comply with Local Rule 7.1(a), it is hereby denied.

                                                    _____
                                                    William P. Lynch
                                                    United States Magistrate Judge